ALSD Local 91 (Rev. 7/13)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of Florida

| United States of America | ) |
|---|---|
| v. | ) |
| | ) Case No. |
| WILLIAM JOSEPH MERKIN | ) 4:22mj19-MAF |
| | ) |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __01/05/2022 through 01/18/2022__ in the county of __Leon__ in the __Northern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Sections 2252A(a)(2),(b)(1) and 2252A(a)(5),(b)(2) | Attempted Receipt of Child Pornography and Attempted Possession Child Pornography |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

_____
Complainant's signature

Nicholas Marti, Special Agent FBI
_____
Printed name and title

Sworn to before me and attestation acknowledged pursuant to FRCP 4.1(b)(2).

Date: __01/20/2022__

_____
Judge's signature

City and state: __Tallahassee, FL__     Martin A. Fitzpatrick, U.S. Magistrate Judge
_____
Printed name and title

