IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

vs.

WILLIAM JOSEPH MERKIN

Case No.: 4:22mj19-MAF

**FILED UNDER SEAL**

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

Your affiant, Nicholas Marti, being first duly sworn, hereby deposes and states as follows:

## I. INTRODUCTION

1.  I am a "federal law enforcement officer" within the meaning of Federal Rules of Criminal Procedure 41(a)(2)(C), that is, a government agent engaged in enforcing the criminal laws and du1y authorized by the Attorney General to request a complaint. I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been so employed for approximately two (2) years and three (3) months. I am currently assigned to the Jacksonville Field Office, Tallahassee Resident Agency.  As part of my duties, I investigate crimes including, but not limited to, Hobbs Act robberies, bank robberies, computer-related crime, fraud, public corruption, offenses involving weapons of mass destruction, domestic terrorism, crimes against children, and national security matters. I received training on the proper investigative techniques for these violations, including the application and

RCVD USDC FLND P
JAN 19 '22 ᴘᴍ 9:50

execution of arrest and search warrants. I have conducted and assisted in criminal investigations and have been involved in the execution of multiple search warrants and arrest warrants. Prior to working as an FBI Special Agent, I was a United States Marine Corps combat engineer and a nuclear security officer from 2011 to 2019.

2.      This Affidavit is based upon my personal knowledge, experience and training, and other information developed during the course of this investigation. Because this Affidavit is being submitted for the limited purpose of establishing probable cause for a criminal complaint, I have not included each and every fact known to me concerning this investigation or potential violations of other criminal offenses. I have set forth only those facts I believe are necessary to establish probable cause to show that the subject of this Criminal Complaint, **William Joseph MERKIN ("MERKIN"),** has committed violation(s) of Title 18, United States Code, §§ 2252A(a)(2), (b)(1) and 2252A(a)(5), (b)(2) (Attempted Receipt of Child Pornography and Attempted Possession of Child Pornography) which makes it a federal felony offense to knowingly receive, knowingly possess, or knowingly access with intent to view any child pornography, or material that contains child pornography, using any means or facility of interstate or foreign commerce or that has been mailed, or has been shipped or transported in or affecting interstate or foreign commerce by any means, including by computer, or to attempt to do so.

**PROBABLE CAUSE**

3.      On December 20, 2021, SERGIO ROMERO (ROMERO), a college student who attended Florida State University in Tallahassee, Florida, was arrested in the Southern District of Florida for federal child exploitation and child pornography crimes.  During that investigation, Romero gave consent to federal investigators to assume his online social media identities.

4.      On January 5, 2022, an Online Covert Employee (OCE) employed by the FBI began chatting from ROMERO's Telegram[1] account with Telegram User "floridaboy14" who had the display name "W M" (who was later identified as WILLIAM JOSEPH MERKIN, another college student who attended Florida State University in Tallahassee, Florida).  MERKIN was identified by his Instagram account name **willmerkin**. After MERKIN sent a photo of himself to the OCE, investigators were able to conduct a search of the Florida Driver and Vehicle Information Database (the Florida driver license database) and determined the photograph associated with William Joseph Merkin's Florida driver license matched the photograph provided to OCE. When MERKIN paid the OCE via Venmo, his display name was listed as @willmerkin. MERKIN's Venmo account, Instagram

---

[1] A social media platform that, among other things, allows its users to send messages to each other.

account, and DAVID information are consistent with his biographical information and DAVID photographs.

5.     During the course of the chats with the OCE, MERKIN asked the OCE, "Get any new links or anything?" When the OCE replied, "What are you looking for?", MERKIN messaged the OCE on a private chat in Telegram stating, "All ages, I'll take any megas[2] you have" followed by "I can't wait to watch em tonight." When the OCE asked what MERKIN wanted to watch, MERKIN replied the following messages:

   a. "I wanna watch daddies and older brothers play with their little boys peepee"

   b. "I wanna watch little boys get drenched in sticky daddy loads"

   c. "What are you doing babe"

   d. "?"

   e. "I wanna see little preteen boys play with their peepees on camera too"

6.     As the Telegram conversation continued, MERKIN asked the OCE to log out of his Telegram account and provide MERKIN with the login information

_____

[2] Based on my training and experience, and after consulting with other FBI personnel, I know "mega" to refer to Mega.NZ, cloud storage and file hosting service offered by MEGA Limited, a company based in Auckland, New Zealand. Users of Mega.NZ can share access to files stored on the platform with others using web links (or URLS). I know that many child pornography collectors and offenders use Mega.NZ to obtain, view, and share child pornography (also known as child sex abuse material, or "CSAM").

4

so that he could log in to watch the videos. Telegram account users have the ability to store media and Mega.NZ links on their Telegram accounts. When the OCE told MERKIN that MERKIN won't like what he [the OCE] has, MERKIN insisted he was interested, and when the OCE stated, "It's like babies getting raped," MERKIN responded by saying:

    a.  "I wanna see that"

    b.  "I wanna see it for real"

    c.  "I'm not messing around, i love it all"

    d.  "Watching that turns me on"

    e.  "I'm hard just thinking about watching it"

7.    On January 5, 2022, through the Telegram messaging, MERKIN sent the OCE a picture of his [MERKIN's] face as well as a picture of himself holding up two fingers to prove that it was actually him [MERKIN] on the chat with the OCE. MERKIN then suggested that he would pay the OCE for access to the OCE's CSAM and did pay the OCE $15 via Venmo[3] from his account @willmerkin, with display name "Will Merkin".

---

[3] Venmo is an American mobile payment service founded in 2009 and owned by PayPal since 2012. Venmo was aimed at friends and family who wish to split bills, e.g. for movies, dinner, rent, or event tickets. Account holders can transfer funds to others via a mobile phone app.

8.     During the Telegram message conversation, after MERKIN confirmed the last four digits of the OCE's phone number, which was required to make a payment, MERKIN messaged the OCE, "Have ur insta[4] open when I log in just incase I need to DM[5] you".

9.     When the Telegram account information provided to MERKIN by the OCE did not work, MERKIN messaged the OCE through MERKIN's Instagram account "willmerkin" with:

a.   "Hey did you log out?"

b.   "What did you screenshot?"

c.   "??"

d.   (Audio call attempted at 9:55 PM)

e.   "Fick I need ur phone number to log in"

f.   Please please please see this"

g.   "Sergioooo"

h.   (Video call attempted at 9:58PM)

i.   "It sends you a code when you out in your number"

j.   "So I need ur number to log in and then you can DM me the code"

k.   "Hello"

_____

[4] Slang for "Instagram."

[5] Slang for "direct message."

6

l.   "Please help me out before you go to sleep"

m.  "Please please"

n.   "Hi! Yay"

o.   "Thank god ur awake"

p.   "I didn't realize abt the whole phone number thing"

q.   "But that's not too hard right haha"

r.   (Audio call attempted at 10:10PM)

s.   "If you don't wanna do that could you send my money back?"

t.   "I'm still down if you are"

u.   "Idk if ur seeing these or no, sorry I'm texting so much"

10.     During the Telegram and Instagram communications described above, MERKIN was located in Tallahassee, Florida. I know this because on January 11, 2022, Florida State University Police Department provided me with Splunk logs. Splunk is a centralized logs analysis tool for machine generated data and has the capability of logging each time students access the Florida State University's Internet network. Based on the Splunk logs provided, William Joseph Merkin, accessed the Florida State University Internet network using his email address, wjm20@my.fsu.edu. Additionally, separate Florida State University Internet access logs provided by Florida State University Police Department revealed on 01/05/2022, "WJM20", IP address 8.19.56.179, display name "William Joseph

Merkin, accessed the Florida State University Internet network while located in Tallahassee, Florida.

11.     On January 13, 2022, the OCE and MERKIN engaged in a text message conversation. During a part of the conversation, MERKIN advised the OCE, "That was really the only thing I used tele for." MERKIN informed the OCE, "If you get any new links or anything I'm down but other that idk," and continued saying, "Idek[sic] what I'd us the thumb drive for haha, I don't wanna out anything on my computer or phone." He continues by saying, "Yeah I guess, idk I'd just prefer it on tele," and followed with, "security purposes." MERKIN continued with saying, "Don't say anything bad on here, if it is then we can talk on tele or something," and "Okay well, just text me on tele. Im blocking this number cause i don't want any bad stuff on here."

12.     On January 14, 2021, through Telegram messaging, MERKIN messaged the OCE and state, "Link and vids and pics with the safety of being on tele priv chat makes me feel safe, at least for rn," and followed with, "And I hope you're good with that, if not we can continue to move on if that's not something ur good with." The OCE asked MERKIN if he, "Would want to meet up next week just to talk? If not it's fine," MERKIN replied with:

    a. "Maybe, I don't wanna commit to anything in person yet. I liked what we had before and I trusted and loved you for that. And I just wanna focus on that for right now"

    b. "I'm getting hard thinking aobut the things we did before lol"

    c. "If you wanna chat tonight and maybe send a few vids I'd be down heeh. I'm gonna edge and bate tonight for sure so you'd be helping me out if you wanted too"

    d. But no pressure. I really do like what we had. It worked and it was hot. And ur hot and perfect so I just wanna go back to that cause it was always a good time haha"

13.     On January 14, 2022, later in the evening, MERKIN utilized Telegram messenger to reengage the OCE. MERKIN started with, "Hii hehe," and with, "I'm feeling very pervy tonight." When the OCE asked MERKIN if, "You're ok with babies?" he responded with:

    a. "Hell Yeah"

    b. "Love it"

    c. "Those were super hot to me in the other kinks[sic]"

    d. "*links"

    e. "If you wanna send me other ones too I can check and see if they go taken down"

    f. "Or you can just send me the one"

    g. The OCE responded, "Ok babe. Let me find it," and asked, "Are you excited??"

    h. MERKIN responded, "YESSSS," and continued with,

    i. "I'm like actually so FUCKING excited haha"

    j. "Im trying not to get boned cause I'm with my friends hehe."

14.     The OCE sent MERKIN a mega.nz link, https://mega.nz/folder/w4QiQJJA#Pxp-mJxViB7zxqOLcFoeSA, which indicated that it was a 1.13 GB folder containing 31 files. The files that were sent to MERKIN were considered "corrupt files." These are files that appear to be related to files which contain child pornography. When the recipient attempts to open the files, they are corrupt and no media, photographs, or files are accessible. After MERKIN received the MEGA file, he responded with:

    a. "I LOVE YOUUU BABE"

    b. "Can you send me the others just to see if they work?"

15.     On January 15, 2022, the OCE and MERKIN continued their conversation via Telegram. The OCE asked MERKIN, "Think you can hold off one more day? Hehe," and MERKIN responded with:

    a. "Hehe I can hold off"

    b. "I wish those vids worked though"

10

   c. "I bet they were amazing"

   d. "If you remember how you got them to work lmk"

   e. "I can try again"

16.    On January 16, 2022, the OCE and MERKIN continued their conversation via Telegram. The OCE sent MERKIN the following messages:

   a. "Honestly, I just clicked it"

   b. "They were amazing"

   c. What's it saying? Send me a screen shot"

to which MERKIN responded with by sending the following message via Telegram: "It has a play button with a line through it and it says. Avi is not supported but I can download them offline and use a different app/website to play them."

17.    On January 18, 2022, PayPal, which owns and founded Venmo, provided a grand jury subpoena return which revealed the following information specific to Venmo account associated with **willmerkin**:

   a. Account Number: 49543126

   b. Profile ID: 49543126

   c. First Name: Will

   d. Last Name: Merkin

   e. User Name: willmerkin

      f.  SSN: ███████

      g.  Mobile Phone: 14078080881

      h.  Email: wmerkin@icloud.com

      i.  Address: 446 Conradi St,433A,Tallahassee,FL,32304.

18.    The PayPal records also corroborated the information provided by the OCE, as shown in the picture below. The PayPal records reveal that on January 5, 2022, at approximately 6:20 PM Pacific Standard Time (which is 9:20 PM Eastern Standard Time), **willmerkin**, conducted a payment transaction in the amount of $15 USD to Sergio Romero, email address: deezpretzels@gmail.com, in which he wrote a transaction note that read: "Cause ur awesome."

.ıll AT&T LTE      9:28 PM      80% 🔋

<      Payment details



# Will Merkin

"Cause ur awesome"

## + $15

### Social activity

 0     0

---

### Status

**Complete**

### Transaction details

January 05, 2022, 9:20 PM · 🔒 Private

### Received from

**@willmerkin**

### Type of transaction

**Payments between friends**

### Transaction ID

**3444929856370677348**

19.     Further, the PayPal records corroborate the information provided by Florida State University Police Department, namely, that IP address 8.19.56.179 was used in Tallahassee, Florida, on January 5, 2022.

## **CONCLUSION**

20.     WHEREFORE, for the reasons set forth above, I respectfully submit that that there is probable cause to believe that on or between January 5, 2022, and January 18, 2022, WILLIAM JOSEPH MERKIN did commit the offenses of Attempted Receipt of Child Pornography, in violation of Title 18, United States Code, § 2252A(a)(2),(b)(1), and Attempted Possession of Child Pornography, in violation of Title 18, United States Code, § 2252A(a)(5), (b)(2).

Respectfully submitted,

Nicholas Marti
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me on this ___/9___ day of January, 2022.

MARTIN A. FITZPATRICK
UNITED STATES MAGISTRATE JUDGE