IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

v.                                          CASE NO. 4:22-cr-8-AW-MAF

WILLIAM JOSEPH MERKIN
_____/

## STATEMENT OF FACTS

The parties agree with the truthfulness of the following factual basis for the Defendant's guilty plea. The undersigned parties further agree that not all of the facts known from this investigation are contained in this brief summary. Defendant admits that, if this case were to proceed to trial, the Government could prove the following facts beyond a reasonable doubt:

On December 20, 2021, Sergio Romero (ROMERO), a college student who attended Florida State University in Tallahassee, Florida, was arrested in the Southern District of Florida for federal child exploitation and child pornography crimes. During that investigation, ROMERO gave consent to federal investigators to assume his online social media identities. On January 5, 2022, an Online Covert Employee (OCE) employed by the FBI began chatting from ROMERO's Telegram[1] account with Telegram User "floridaboy14" who had the display name "W M" – who was later identified as William Joseph Merkin (MERKIN), another college student who attended Florida State University (FSU)

_____

[1] A social media platform that, among other things, allows its users to send messages to each other.

1

FILED IN OPEN COURT THIS

6/7/22 cm
_____
CLERK, U.S. DISTRICT
COURT, NORTH. DIST. FLA.



in Tallahassee, Florida). MERKIN was identified by his Instagram account name willmerkin.

After MERKIN sent a photo of himself to the OCE, investigators were able to conduct a search of the Florida Driver and Vehicle Information Database (the Florida driver license database) and determined the photograph associated with MERKIN's Florida driver license matched the photograph provided to OCE by MERKIN.

During the course of the chats with the OCE, MERKIN asked, "Get any new links or anything?" When the OCE replied, "What are you looking for?", MERKIN messaged the OCE on a private chat in Telegram stating, "All ages, I'll take any megas[2] you have" followed by "I can't wait to watch em tonight." When the OCE asked what MERKIN wanted to watch, MERKIN replied the following messages:

     a. "I wanna watch daddies and older brothers play with their little boys peepee"

     b. "I wanna watch little boys get drenched in sticky daddy loads"

     c. "What are you doing babe"

     d. "I wanna see little preteen boys play with their peepees on camera too"

As the Telegram conversation continued, MERKIN asked the OCE to log out of his Telegram account and provide MERKIN with the login information so that he could log in to watch the videos. Telegram account users have the ability to store media and Mega.NZ links on their Telegram accounts. When the OCE told

---

[2] "Mega" refers to Mega.NZ, a cloud storage and file hosting service offered by MEGA Limited, a company based in Auckland, New Zealand. Users of Mega.NZ can share access to files stored on the platform with others using web links (or URLS). Many child pornography collectors and offenders use Mega.NZ to obtain, view, and share child pornography (also known as child sex abuse material, or "CSAM").



MERKIN that MERKIN won't like what he [the OCE] had, MERKIN insisted that he was interested. When the OCE stated, "It's like babies getting raped," MERKIN responded by saying:

      a. "I wanna see that"

      b. "I wanna see it for real"

      c. "I'm not messing around, i love it all"

      d. "Watching that turns me on"

      e. "I'm hard just thinking about watching it"

On January 5, 2022, through the Telegram messaging, MERKIN sent the OCE a picture of his [MERKIN's] face as well as a picture of himself holding up two fingers to prove that it was actually him [MERKIN] on the chat with the OCE. MERKIN then suggested that he would pay the OCE for access to the OCE's child pornography, and did pay the OCE $15 via Venmo[3] from his account @willMerkin, with display name "Will Merkin". During the Telegram message conversation, after MERKIN confirmed the last four digits of the OCE's phone number, which was required to make a payment, MERKIN messaged the OCE, "Have ur insta[4] open when I log in just incase I need to DM[5] you".

When the Telegram account information provided to MERKIN by the OCE did not work, MERKIN messaged the OCE through MERKIN's Instagram account "willmerkin" with:

      a. "Hey did you log out?"

      b. (Audio call attempted at 9:55 PM)

---

[3] Venmo is an American mobile payment service founded in 2009 and owned by PayPal since 2012. Venmo was aimed at friends and family who wish to split bills, e.g. for movies, dinner, rent, or event tickets. Account holders can transfer funds to others via a mobile phone app.

[4] Slang for "Instagram."

[5] Slang for "direct message."

c. "Fick I need ur phone number to log in"

d. Please please please see this"

e. "Sergiooo"

f. (Video call attempted at 9:58PM)

g. "It sends you a code when you out in your number"

h. "So I need ur number to log in and then you can DM me the code"

i. "Please help me out before you go to sleep"

j. "Please please"

k. "Hi! Yay"

l. "Thank god ur awake"

m. "I didn't realize abt the whole phone number thing"

n. "But that's not too hard right haha"

o. (Audio call attempted at 10:10PM)

p. "If you don't wanna do that could you send my money back?"

q. "I'm still down if you are"

r. "Idk if ur seeing these or no, sorry I'm texting so much"

During the Telegram and Instagram communications described above, MERKIN was located in Tallahassee, Florida, as FSU Police Department provided investigators with Splunk logs[6] obtained from FSU's IT Department. The Splunk logs reflect that MERKIN accessed the FSU Internet network using his email address, wjm20@my.fsu.edu. Additionally, separate FSU Internet access logs provided by Florida State University Police Department revealed that on January 5, 2022, "WJM20", IP address 8.19.56.179, display name "William Joseph Merkin," accessed the FSU Internet network while located in Tallahassee, Florida.

---

[6] Splunk is a centralized log analysis tool for machine generated data and as it relates to FSU, has the capability of logging each time students access FSU's Internet network.

On January 13, 2022, the OCE and MERKIN engaged in a text message conversation. During a part of the conversation, MERKIN advised the OCE, "That was really the only thing I used tele[7] for." MERKIN informed the OCE, "If you get any new links or anything I'm down but other that idk[8]," and continued saying, "Idek[sic] what I'd us the thumb drive for haha, I don't wanna out anything on my computer or phone." He continues by saying, "Yeah I guess, idk I'd just prefer it on tele," and followed with, "security purposes." MERKIN continued with saying, "Don't say anything bad on here, if it is then we can talk on tele or something," and "Okay well, just text me on tele. Im blocking this number cause i don't want any bad stuff on here."

On January 14, 2021, through Telegram messaging, MERKIN messaged the OCE and state, "Link and vids and pics with the safety of being on tele priv[9] chat makes me feel safe, at least for rn,[10]" and followed with, "And I hope you're good with that, if not we can continue to move on if that's not something ur good with." The OCE asked MERKIN if he, "Would want to meet up next week just to talk? If not it's fine," MERKIN replied:

     a. "Maybe, I don't wanna commit to anything in person yet. I liked what we had before and I trusted and loved you for that. And I just wanna focus on that for right now"

     b. "I'm getting hard thinking aobut the things we did before lol"

---

[7] Slang for "Telegram."
[8] Slang for "I don't know."
[9] Slang for "Private"
[10] Slang for "Right Now."

5



c. "If you wanna chat tonight and maybe send a few vids I'd be down heeh. I'm gonna edge and bate[11] tonight for sure so you'd be helping me out if you wanted too"

d. But no pressure. I really do like what we had. It worked and it was hot. And ur hot and perfect so I just wanna go back to that cause it was always a good time haha"

On January 14, 2022, later in the evening, MERKIN utilized Telegram messenger to reengage the OCE. MERKIN started with, "Hii hehe," and with, "I'm feeling very pervy tonight." When the OCE asked MERKIN if, "You're ok with babies?" he responded with:

a. "Hell Yeah"

b. "Love it"

c. "Those were super hot to me in the other [links]"

d. "If you wanna send me other ones too I can check and see if they go taken down"

e. "Or you can just send me the one"

f. The OCE responded, "Ok babe. Let me find it," and asked, "Are you excited??"

g. MERKIN responded, "YESSSS," and continued with,

h. "I'm like actually so FUCKING excited haha"

i. "Im trying not to get boned cause I'm with my friends hehe."

The OCE sent MERKIN a mega.nz link, https://mega.nz/folder/w4QiQJJA#Pxp-mJxViB7zxqOLcFoeSA, which indicated that it was a 1.13 GB folder containing 31 files. The files that were sent to MERKIN were considered "corrupt files." These are files that appear to be related

---

[11] Slang for "Masturbate."

to files which contain child pornography. When the recipient attempts to open the files, they are corrupt and no media, photographs, or files are accessible. After MERKIN received the MEGA file, he responded with:

    a. "I LOVE YOUUU BABE"

    b. "Can you send me the others just to see if they work?"

On January 15, 2022, the OCE and MERKIN continued their conversation via Telegram. The OCE asked MERKIN, "Think you can hold off one more day? Hehe," and MERKIN responded with:

    a. "Hehe I can hold off"

    b. "I wish those vids worked though"

    c. "I bet they were amazing"

    d. "If you remember how you got them to work lmk[12]"

    e. "I can try again"

On January 16, 2022, the OCE and MERKIN continued their conversation via Telegram. The OCE sent MERKIN the following messages:

    a. "Honestly, I just clicked it"

    b. "They were amazing"

    c. What's it saying? Send me a screen shot"

to which MERKIN responded with by sending the following message via Telegram: "It has a play button with a line through it and it says. Avi is not supported but I can download them offline and use a different app/website to play them."

On January 18, 2022, PayPal, which owns and founded Venmo, provided a grand jury subpoena return which revealed the following information specific to Venmo account associated with willMerkin:

_____

[12] Slang for "Let me know."

a. Account Number: [ending in] 3126

b. First Name: Will

c. Last Name: Merkin

d. User Name: willMerkin

e. SSN: [Social Security Number for MERKIN]

f. Address: [MERKIN's residence in Tallahassee, Florida]

The PayPal records also revealed that on January 5, 2022, at approximately 6:20 PM Pacific Standard Time (which is 9:20 PM Eastern Standard Time), MERKIN conducted a payment transaction in the amount of $15 USD to ROMERO (the OCE) in which he wrote a transaction note that read: "Cause ur awesome."

When MERKIN paid the OCE via Venmo, his display name was listed as @willMerkin. Information and photographs associated with MERKIN's Venmo account and Instagram account were consistent with his biographical information and photographs in DAVID. Further, the PayPal records corroborate the information provided by FSU Police Department, namely, that IP address 8.19.56.179 was used in Tallahassee, Florida, on January 5, 2022.

On January 19, 2022, a search warrant was issued by NDFL Magistrate Judge Fitzpatrick (case #4:22mj22-MAF) for MERKIN's residence in Tallahassee, FL.

On January 26, 2022, FBI and FDLE executed the arrest warrant and search warrant MERKIN's residence. MERKIN was arrested, and his iPhone and iMac – both of which were sold in interstate and foreign commerce – and which MERKIN used to communicate with SERGIO (the OCE) were seized pursuant to the search warrant. MERKIN was brought to FSU Police Department where he was interviewed. Post-Miranda, MERKIN confessed to communicating with SERGIO

8



using the Telegram app and to sending $15 to Sergio via Venmo for the purpose of receiving child pornography.

## ELEMENTS OF THE OFFENSE

**i. Certain activities relating to material constituting or containing child pornography (Attempted Receipt) – 18 U.S.C. § 2252A(a)(2) (Count 1)**

Elements to be proven beyond a reasonable doubt:

1) the Defendant knowingly received an item or items of child pornography;

2) the item or items of child pornography had been transported in interstate or foreign commerce including by computer; and

3) when the Defendant received the items, the Defendant believed the items were child pornography.

11th Circuit Court of Appeals Pattern Jury Instructions, §O83.4B.

JASON R. COODY
United States Attorney

_____
Elizabeth Vallejo
Attorney for Defendant

_____6/7/22_____
Date

_____
William Joseph Merkin
Defendant

_____6/7/22_____
Date

_____
Justin M. Keen
Florida Bar No. 021034
Assistant United States Attorney
Northern District of Florida
111 North Adams Street, 4th Floor
Tallahassee, FL 32301
850-942-8430
Justin.Keen@usdoj.gov

_____6/7/2022_____
Date